No. 10–1238. Junk, as Parent and Next Friend of T. J., a Minor *v.* Terminix International Co.; and

No. 10–1403. Breneman *v.* Junk, as Parent and Next Friend of T. J., a Minor. C. A. 8th Cir. Certiorari denied. Reported below: 628 F. 3d 439.

No. 10–1248. Telesaurus VPC, LLC *v.* Power et al. C. A. 9th Cir. Certiorari denied.

No. 10–1273. Arkansas *v.* Fowler. Sup. Ct. Ark. Certiorari denied.

No. 10–1283. Garman, Guardian and Next Friend of Garman *v.* Campbell County School District No. 1 et al. C. A. 10th Cir. Certiorari denied.

No. 10–1289. Lamtec Corp. *v.* Department of Revenue of the State of Washington. Sup. Ct. Wash. Certiorari denied.

No. 10–1295. Ragbir *v.* Holder, Attorney General. C. A. 2d Cir. Certiorari denied.

No. 10–1298. Peirce et al. *v.* CSX Transportation, Inc. C. A. 4th Cir. Certiorari denied.

No. 10–1314. Freund et al. *v.* Societe Nationale des Chemins de Fer Francais. C. A. 2d Cir. Certiorari denied.

No. 10–1316. Spencer et al. *v.* World Vision, Inc. C. A. 9th Cir. Certiorari denied.

No. 10–1318. Lingis et al. *v.* Dorazil et al. C. A. 7th Cir. Certiorari denied.

No. 10–1329. DeLuccio et al. *v.* Havill et al. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 10–1331. BDO Seidman, LLP, et al. *v.* Khan et al. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 10–1332. RSL Communications PLC, by Jervis et al. as Joint Administrators *v.* Bildirici et al. C. A. 2d Cir. Certiorari denied.